# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

August 5, 2013

**Before**

MICHAEL S. KANNE, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

JON E. DeGUILIO, *District Judge**

Nos. 11-1501 and 11-1523

| | |
|---|---|
| NORMAN W. BERNSTEIN, et al., | Appeals from the United States |
| *Plaintiffs-Appellants/Cross Appellees,* | District Court for the Southern |
| | District of Indiana, |
| *v.* | Indianapolis Division. |
| | |
| PATRICIA A. BANKERT, et al., | No. 1:08-cv-00427 |
| *Defendants-Appellees,* | |
| | Richard L. Young, |
| AND | *Chief Judge.* |

AUTO OWNERS MUTUAL INSURANCE COMPANY,
    *Defendant-Appellee/Cross-Appellant.*

**ORDER**

The slip opinion of July 31, 2013, is amended as follows: The language in footnote 1 is stricken. The following language is substituted in its place:

1. On consideration of the petition for rehearing en banc, no judge in active service has requested a vote on the petition. It is, therefore, **ORDERED** that rehearing en banc is **DENIED**. Judges Flaum, Tinder, and Hamilton did not participate in the consideration of this case.

*The Honorable Jon E. DeGuilio, Judge of the United States District Court for the Northern District of Indiana, sitting by designation.